```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 02770
   JANET MARGARET REEVES
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

            Debtor
     SSN XXX-XX-5240


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/26/04 and confirmed on 04/06/04.

     2.  The case was dismissed after confirmation, 07/17/2008.

     3.  The Debtor paid a total of $  90425.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID            PAID
-----------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG    48943.84           .00        48943.84
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     3214.00           .00         3214.00
CITIFINANCIAL            SECURED          16182.96           .00        16182.96
WELLS FARGO FINANCIAL AC SECURED VEHIC     9153.80       3898.68         9153.80
AMERICAN GENERAL FINANCE SECURED            100.00         13.04          100.00
HOME FINISHERS           SECURED            500.00         63.56          500.00
ROTO ROOTER              SECURED            400.00         51.04          400.00
WELLS FARGO FINANCIAL IN SECURED            100.00         13.04          100.00
ALL AMERICAN CASH ADVANC UNSECURED          361.00           .00           20.02
AMERICASH LOANS          UNSECURED         1660.00           .00           92.05
AT & T                   UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL    UNSECURED          375.49           .00           20.82
ECAST SETTLEMENT CORPORA UNSECURED          691.25           .00           38.33
ILL STATE TOLL HIWAY AUT UNSECURED       NOT FILED           .00             .00
NICOR GAS                UNSECURED          486.09           .00           26.95
NORRIDGE FOOT CLINIC     UNSECURED       NOT FILED           .00             .00
SHELL                    UNSECURED       NOT FILED           .00             .00
WELLS FARGO FINANCIAL IN UNSECURED         2428.18           .00          134.64
WELLS FARGO FINANCIAL AC UNSECURED        13426.36           .00         1007.87

CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID            PAID
-----------------------------------------------------------------------------
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY      UNSECURED         OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 78594.60          .00       19428.37           .00       98022.97
PRINCIPAL PAID     78594.60          .00        1340.68           .00       79935.28
INTEREST PAID       4039.36          .00             .00          .00        4039.36
TOTAL PAID         82633.96          .00        1340.68           .00       83974.64
```

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $    3750.36 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/08/08                         /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE